UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Pacific World Corporation,

Plaintiff,

vs.

Gary Goloja,

Defendant.

Civ. No. 00-2232 DDA/FLN

**ORDER TO TRANSFER AND RELATED MATTERS**

On October 4, 2000, the above-entitled matter came on for hearing before the undersigned Judge of the Federal District Court for the District of Minnesota, at 708 Warren E. Burger Federal Building, 316 North Robert Street, St. Paul, MN 55101. Peter J. Gleekel, Winthrop & Weinstine, P.A., 3200 Minnesota World Trade Center, 30 East 7th Street, St. Paul, MN 55101 appeared on behalf of Plaintiff Pacific World Corporation ("Plaintiff"). Thomas E. Marshall and Ann Bildtsen, Jackson Lewis Schnitzler & Krupman, 150 Fifth Street Tower, Suite 2800, 150 South Fifth Street, Minneapolis, MN 55402, appeared on behalf of Defendant Gary Goloja ("Defendant Goloja"). Defendant Goloja also personally appeared. The matter was set for hearing on Plaintiff's Application for a Temporary Restraining Order, Preliminary Injunction and Expedited Discovery pursuant to Rule 65 of Federal Rules of Civil Procedure.

At the hearing before the undersigned Judge, counsel for Plaintiff and Defendant, as well as Defendant Goloja, himself, stipulated and agreed as follows:

1. That this matter may be transferred pursuant to 28 U.S.C. § 1404(a) to the United States District Court for the Eastern District of New York where a related action is pending between Plaintiff and KISS Products, Inc. captioned, Pacific World Corporation v. KISS Products, Inc., United States District Court, Eastern District of New York, CV 005810, before The Honorable United States District Court Judge Leonard Wexler (hereinafter the "EDNY" Action).

FILED OCT 11 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

2. That this action may be consolidated with the EDNY Action pursuant to Federal Rules of Civil Procedure 42(a);

3. That Defendant Goloja will submit to the personal jurisdiction of the United States District Court for the EDNY and in connection therewith waive any objection to the United States District Court for the Eastern District of New York, or whichever court in the Eastern District of New York the Action is pending, exercising personal jurisdiction over him.

4. That Defendant Goloja will be bound by any and all present and subsequent Orders entered by the United States District Court, Eastern District of New York, including but not limited to, the Order to Show Cause for a Preliminary Injunction and Temporary Restraining Order entered in the EDNY Action dated September 27, 2000; and

5. That Defendant Goloja will comply with any and all discovery Orders of the United States District Court for the Eastern District of New York and shall produce himself in New York, New York, with each party to bear its own costs, for purposes of his deposition should the Court in the EDNY Action order his deposition take place or upon agreement by and between Plaintiff and Defendant Goloja.

WINTHROP & WEINSTINE, P.A.

Peter J. Gleekel (#149834)
3200 Minnesota World Trade Center
30 East 7th Street
St. Paul, MN 55101
ATTORNEYS FOR PLAINTIFF

JACKSON LEWIS SCHNITZLER & KRUPMAN

Thomas E. Marshall (#155597)
Ann M. Bildtsen (#271494)
150 Fifth Street Tower, Suite 2800
150 South Fifth Street
Minneapolis, MN 55402
(612) 341-8131
ATTORNEYS FOR DEFENDANT

**ORDER**

Based upon the foregoing agreements and stipulations of the parties as set forth herein and read into the record before this Court on October 4, 2000, and agreed upon by Defendant Goloja before the Court at this time.

SO STIPULATED

IT IS HEREBY ORDERED:

1. That this matter be transferred pursuant to U.S.C. § 1404(a) to the United States District Court for the Eastern District of New York;

2. That this matter may be consolidated with the EDNY Action pursuant to Federal Rule of Civil Procedure 42(a);

3. That Defendant Goloja will agree to submit to the personal jurisdiction of the United States District Court for the EDNY and in connection therewith waives any objections to the United States District Court for the Eastern District of New York, or whichever court the Eastern District of New York action is pending, exercising personal jurisdiction over him;

4. That Defendant Goloja is bound by any and all Orders now entered or that are entered in the future by the United States District Court, Eastern District of New York, or whichever court the Eastern District of New York action is pending, including but not limited to, the Order to Show Cause for a Preliminary Injunction and Temporary Restraining Order entered in the EDNY Action dated September 27, 2000; and

5. That Defendant Goloja will comply with any and all Orders of the United States District Court for the Eastern District of New York pertaining to discovery and will produce himself in New York, New York, with each party bearing its own costs, for purposes of his deposition should the Court in the EDNY Action order his deposition take place or upon agreement by and between Plaintiff and Defendant Goloja.

IT IS SO ORDERED

Dated: October 11, 2000

THE HONORABLE DONALD D. ALSOP
United States District Court Judge